**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01355-CR

**BENJAMIN ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 31815-86**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Lara Bracamonte; (3) counsel's explanation for the delay in filing appellant's brief is a severe family medical crisis; and (4) counsel can file appellant's brief within thirty days of the February 27, 2014 hearing.

We note that Ms. Bracamonte's name is not listed on the Court's case management as appellant's attorney. Rather, appellant's trial counsel is listed.

Accordingly, we **DIRECT** the Clerk to substitute Lara Bracamonte as appellant's appointed attorney of record in place of Michael Harris.

We **ORDER** appellant to file his brief by **APRIL 1, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/  LANA MYERS
   JUSTICE